446 F.2d 887
 Rezen D. AUSTIN, Plaintiff-Appellant,
v.
BERRY BROTHERS OIL FIELD SERVICE, INC., et al., Defendants-Appellees.
 No. 71-1503 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 1, 1971.
 
 Appeal from the United States District Court for the Western District of Louisiana; Richard J. Putnam, District Judge.
 William P. Rutledge, Domengeaux, Wright & Bienvenu, Lafayette, La., for plaintiff-appellant.
 Philip E. Henderson, Houma, La., Harold J. Rhodes, Berwick, La., O'Neal, Henderson, Hanemann & Morris, Houma, La., for defendants-appellees.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966